**FILED: 10/26/12**
**JS - 6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Julio Villatoro*, | CASE NO. CV 12-7203-GHK (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *MortgageIt, Inc., et. al*, | |
| Defendants. | |

Pursuant to the Court's September 28, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Julio Villatoro's ("Plaintiff") claims against Defendants (1) Federal National Mortgage Association; (2) Bank of America, N.A.; (3) Mortgage Electronic Registration Systems, Inc.; (4) ReconTrust Company are **DISMISSED with prejudice.** Pursuant to our October 26, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant MortgageIt, Inc. are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: October 26, 2012

_____
GEORGE H. KING
Chief United States District Judge